**Billy Ray COPLEY, Plaintiff—Appellant,**

v.

**Theodis BECK; Boyd Bennett; Paula Smith; George Kenworthy, Defendants—Appellees.**

No. 06–6206.

United States Court of Appeals, Fourth Circuit.

Submitted: May 18, 2006.

Decided: May 31, 2006.

Billy Ray Copley, Appellant Pro Se. James Philip Allen, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Billy R. Copley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Copley v. Beck,* No. 5:04–ct–00876–FL (E.D.N.C. Jan. 26, 2006). We deny Copley's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*